# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**CURTIS LEE MARGLE,**                    :

    **Plaintiff**                    :          **CIVIL ACTION NO. 3:19-0105**

    **v.**                    :          **(JUDGE MANNION)**

**DANE S. O'BRIEN,** *et al.*                    :

    **Defendants**                    :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

    **(1)**    the report and recommendation of Judge Saporito, **(Doc. 13)**, is **ADOPTED IN ITS ENTIRETY**;

    **(2)**    the plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed.R.Civ.P. 4(m), as to all defendants; and

    **(3)**    the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 10, 2019**

19-0105-01-ORDER.wpd